UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PARDEEP BAZARD,

                    Petitioner,

          v.

BRUCE SCOTT, et al.,

                    Respondents.

Case No. 2:26-cv-01559-TMC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner Pardeep Bazard applied for leave to proceed with this action *In Forma Pauperis* ("IFP"). Dkt. 1.

Having considered the motion, Petitioner's financial eligibility, and the balance of the record, the Court ORDERS as follows:

(1)   Petitioner's IFP application demonstrates that Petitioner is unable to afford the $5.00 filing fee. *See* Dkt. 1. Petitioner's IFP application is therefore GRANTED. The Clerk is directed to file the petition (Dkt. 1-1) without the prepayment of fees.

(2)   The Clerk shall send copies of this order to Petitioner and to usawaw.Habeas@usdoj.gov.

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

Dated this 7th day of May, 2026.

Tiffany M. Cartwright
United States District Judge